MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

KATHRYN R. HAUN (DCBN 484131)
   Assistant United States Attorney
   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 436-6740
   E-Mail: Kathryn.Haun@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 10-00401 JSW |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM SEPTEMBER 9, 2010, TO OCTOBER 7, 2010 |
| ) | |
| v. ) | |
| ) | |
| ) | |
| WALTER ARAUJO CAMPOS, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

      The parties appeared before the Honorable Jeffrey S. White on September 9, 2010. On the motion of the defendant with no objection by the government, the Court found and held as follows:

      1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from SEPTEMBER 9, 2010, TO OCTOBER 7, 2010, in light of the need for defendant's counsel to conduct further investigation of facts relevant to this matter. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to conduct further investigation. An exclusion also furthers continuity of counsel.

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 10-401 JSW

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from SEPTEMBER 9, 2010, TO OCTOBER 7, 2010, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from SEPTEMBER 9, 2010, TO OCTOBER 7, 2010, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: September 13, 2010   /s/
STEVEN KALAR
Counsel for Defendant

DATED: September 13, 2010   /s/
KATHRYN R. HAUN
Assistant United States Attorney

IT IS SO ORDERED.

DATED: September 13, 2010
THE HON. JEFFREY S. WHITE
United States District Court

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 10-401 JSW                              2