LYNN M. KESLAR, SBN 191521
483 - 9th Street, Suite 200
Oakland, CA 94607
(510) 868-0644 tel.
(510) 225-3945 fax

Attorney for Defendant
WALTER ARAUJO-CAMPOS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-401 |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND PROPOSED ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| | ) | Date: February 17, 2011 |
| v. | ) | Time: 2:00 p.m. |
| | ) | Courtroom: JSW |
| WALTER ARAUJO CAMPOS, | ) | |
| | ) | Before the Honorable Jeffrey S. White |
| Defendant. | ) | United States District Judge |

1. A status conference in this matter is currently scheduled for 2:00 p.m. on Thursday, February 17, 2011, before the Honorable Jeffrey S. White.

2. The parties request that his hearing be continued until 2:00 p.m. on February 24th, 2011, in order to provide defendant's counsel additional time to evaluate the evidence and sentencing issues in this case and determine whether or not defendant should enter a change of plea or prepare for trial.

3. Specifically, additional time is needed for defense counsel to research an issue that is expected to have a significant impact on the defendant's potential sentence and decision whether to proceed to trial.

4.  The parties therefore respectfully request that the Court find that time period from February 17, 2011 through February 24, 2011, is excludable pursuant to 18 U.S.C. § § 3161 (h)(7)(A), (B)(iv), because it results from a continuance granted by the court at the defendant's request, and on the basis of the court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence.

**IT IS SO STIPULATED.**

DATED:  February 16, 2011          MELINDA HAAG
                                   United States Attorney


                                   _____/s/_____
                                   LOWELL POWELL
                                   Assistant United States Attorney
                                   Attorney for the United States

DATED:  February 16, 2011


                                   _____/s/_____
                                   LYNN M. KESLAR
                                   Attorney for Walter Araujo Campos


## ~~PROPOSED~~ ORDER

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

1.  The currently scheduled February 17, 2011 status conference hearing is vacated. A status conference hearing is now scheduled for 2:00 p.m. on Thursday, February 24, 2011.

2.  The time period from February 17, 2011 to February 24, 2011 is deemed excludable pursuant to 18 U.S.C. section§ § 3161(h)(7)(A), (B)(iv) because it results from a

continuance granted by the court at the defendant's request, and on the basis of the court's finding that the ends of justice served by taking such action outweigh the best interest of public and the defendants in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence.

**IT IS SO ORDERED.**

DATED: February 16, 2011

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE